```
                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA


PEOPLE OF THE STATE OF CALIFORNIA   )
EX REL. BILL LOCKYER, ATTORNEY      )
GENERAL OF THE STATE OF             )    2:05-cv-2561-GEB-PAN
CALIFORNIA,                         )
                                    )    ORDER
                Plaintiff,          )
                                    )
     v.                             )
                                    )
SEMPRA ENERGY TRADING CORPORATION,  )
AND DOES 1 - 100,                   )
                                    )
                Defendants.         )
                                    )
```

Presently scheduled for hearing on February 27, 2006, are Defendant's motion to dismiss this action, Defendant's motion to stay all proceedings, and Plaintiff's motion to remand. Since this action has been conditionally transferred to Multidistrict Litigation proceeding No. 1405 ("MDL-1405") by the Judicial Panel on Multidistrict Litigation, judicial economy is served by deferring consideration of the pending motions. Therefore, the hearings on these motions are continued to May 22, 2006, at 9:00 a.m. The Scheduling Conference set for April 17, 2006, is vacated.

////

////

1  Defendant shall file a status report no later than April 24, 2006, in
2  which it shall only explain the status of its effort to transfer this
3  action to MDL-1405.
4          IT IS SO ORDERED.
5  Dated:  February 21, 2006
6
7                                  /s/ Garland E. Burrell, Jr.
                                   GARLAND E. BURRELL, JR.
                                   United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28