United States District Court
Southern District Of California
Office Of The Clerk
880 Front Street
Room 4290
San Diego, California 92101-8900

W. SAMUEL HAMRICK JR.
Clerk

**RECEIVED**
JUN - 9 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

Phone:
(619) 557-5600
Fax: 557-6684

April 27, 2006

Office of the Clerk
Eastern District of California
US District Court
2500 Tulare Street
Fresno, CA 93721

Re:    MDL 1405 In re California Wholesale Electricity Antitrust Litigation

Dear Sir or Madam:

Enclosed please find two certified copies of the transfer order, filed 04/27/06, MDL 1405.

Your case number 2:05-2561, People of the State of California, etc. vs. Sempra Energy Trading Corp., E.D. California, CA, has been assigned to the Southern District of California with case number **06cv954 RHW.    PLEASE INCLUDE THIS CASE NUMBER WITH YOUR ORIGINAL FILE AT TIME OF TRANSFER, Attention Beverly Robinson.**

This case has been assigned to the Honorable Robert H. Whaley.

Please forward your original files to this office for appropriate disposition, pursuant to the MDL transfer order.

Thank you.

Very truly yours,
W. SAMUEL HAMRICK JR.

By:_____
B. Robinson, Deputy


CC: MDL PANEL



A CERTIFIED TRUE COPY
APR 11 2006
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
APR 11 2006

FILED
APR 27 2006
CLERK'S OFFICE
CLERK, U.S. DISTRICT COURT
BY_____ DEPUTY

DOCKET NO. 1405

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE CALIFORNIA WHOLESALE ELECTRICITY ANTITRUST LITIGATION*

*People of the State of California, etc. v. Sempra Energy Trading Corp.*, E.D. California, C.A. No. 2:05-2561

06 cv 954 RHW

BEFORE WM. TERRELL HODGES,[*] CHAIRMAN, JOHN F. KEENAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR., KATHRYN H. VRATIL AND DAVID R. HANSEN, JUDGES OF THE PANEL

## TRANSFER ORDER

Before the Panel is a motion brought, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), by the plaintiff in one Eastern District of California action (*California*). Movant asks the Panel to vacate its order conditionally transferring *California* to the Southern District of California for inclusion in the MDL-1405 proceedings centralized there before Judge Robert H. Whaley, who is sitting in the Southern District of California pursuant to an intracircuit assignment under 28 U.S.C. § 292. The action's sole defendant, Sempra Energy Trading Corp., supports transfer.

On the basis of the papers filed and hearing session held, the Panel finds that this action involves common questions of fact with actions in this litigation previously transferred to the Southern District of California, and that transfer of the action to that district for inclusion in the coordinated or consolidated pretrial proceedings occurring there will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. The Panel is persuaded that transfer of *California* is appropriate for reasons expressed by the Panel in its original order directing centralization in this docket. In that order, the Panel held that the Southern District of California was a proper Section 1407 forum for actions brought by persons injured by multiple common defendants' alleged scheme to defraud purchasers of electricity by driving up the wholesale price of electricity in California. *See In re California Wholesale Electricity Antitrust Litigation*, MDL-1405, 2001 U.S. Dist. LEXIS 8270 (J.P.M.L. June 8, 2001). Given this core commonality, we find unpersuasive plaintiff's efforts to avoid transfer of *California* on such grounds as the number of defendants in the action, the legal theories asserted, or the relief sought. For ultimately this plaintiff, like other MDL-1405 plaintiffs, is seeking to recover for an alleged market manipulation caused by a defendant's use of fraudulent trading schemes in violation of California law. Also failing to justify denial of Section 1407 transfer is plaintiff's invocation of jurisdictional

---

[*] Judge Hodges took no part in the disposition of this matter.

I hereby attest and certify on _____
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
by _____ Deputy

inconveniences, since transfer will be to a transferee district that is in the same state where *California* is now pending and where plaintiff already has offices and personnel.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, this action is transferred to the Southern District of California and, with the consent of that court, assigned to the Honorable Robert H. Whaley from the Eastern District of Washington, sitting in the Southern District of California pursuant to an intracircuit assignment under 28 U.S.C. § 292, for inclusion in the coordinated or consolidated pretrial proceedings occurring before him there in this docket.

FOR THE PANEL:

John F. Keenan
Acting Chairman

# INVOLVED COUNSEL LIST
## DOCKET NO. 1405
## IN RE CALIFORNIA WHOLESALE ELECTRICITY ANTITRUST LITIGATION

Annadel Angelin Almendras
Attorney General's Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Peter H. Benzian
Latham & Watkins, LLP
600 West Broadway
Suite 1800
San Diego, CA 92101

David M. Brenner
Riddell & Williams
1001 Fourth Avenue Plaza
Suite 4500
Seattle, WA 98154

J. Gregory Copeland
Baker Botts LLP
3000 One Shell Plaza
910 Louisiana Street
Houston, TX 77002-4995

Andrew M. Edison
Bracewell & Giuliani, LLP
Pennzoil Place - South Tower
Suite 2300
711 Louisiana Street
Houston, TX 77002-2781

Kimberly Arouh Hicks
Latham & Watkins, LLP
600 West Broadway
Suite 1800
San Diego, CA 92101

Joel B. Kleinman
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, N.W.
Washington, DC 20037-1526

Niki B. Okcu
Cotchett, Pitre, Simon & McCarthy
840 Malcolm Road
Burlingame, CA 94010

Jeffrey M. Shohet
DLA Piper Rudnick Gray Cary US LLP
401 B Street
Suite 1700
San Diego, CA 92101

John A. Sturgeon
White & Case, LLP
633 West Fifth Street
Suite 1900
Los Angeles, CA 90071

Douglas Ray Tribble
Pillsbury Winthrop, LLP
50 Fremont Street
San Francisco, CA 94105

Alan Yudkowsky
Stroock, Stroock & Lavan, LLP
2029 Century Park East
Suite 1800
Los Angeles, CA 90067-3086

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

April 11, 2006

W. Samuel Hamrick, Jr., Clerk
4290 Edward J. Schwartz Federal Building
880 Front Street
San Diego, CA 92101-8900

Re: MDL-1405 -- In re California Wholesale Electricity Antitrust Litigation

*People of the State of California, etc. v. Sempra Energy Trading Corp.,* E.D. California, C.A. No. 2:05-2561

Dear Mr. Hamrick:

I am enclosing a certified copy and one additional copy of a transfer order filed today by the Panel in the above-captioned matter. The order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By _(signature)_
Deputy Clerk

Enclosures/Attachment

cc: Transferee Judge: Judge Robert H. Whaley
    Transferor Judge: Judge Garland E. Burrell, Jr.
    Transferor Clerk: Jack L. Wagner

JPML Form 29